IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MINN. LAWYERS MUT. INS. CO., | : | CIVIL ACTION |
| | : | NO. 09-830 |
| Plaintiff, | : | |
| v. | : | |
| CHRISTOPHER MAZULLO, | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this **19th** day of **April, 2010,** it is hereby **ORDERED** that Plaintiff's motion for summary judgment (doc. no. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's cross motion (doc. no. 13) for summary judgment is **DENIED**.

**IT IS FURTHER DECLARED** that Plaintiff has no duty to defend or indemnify its insured in W. Stanley Delp, Jr. v. Doylestown Investment Group, LLC, et al., (dkt. no. 08-08911-24-5) and Michael Zoglio v. Doylestown Investment Group, LLC, et al., (dkt. no. 08-0811549-24-1) both currently pending in the Court of Common Pleas of Bucks County Pennsylvania.

**IT IS FURTHER ORDERED** that the case shall be marked **CLOSED**.

**AND IT IS SO ORDERED.**

                                            s/Eduardo C. Robreno
                                        **EDUARDO C. ROBRENO, J.**